# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W.P.H. ENTERPRISES dba American Ambulance, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>7173 NORTH SHARON AVENUE OPERATING COMPANY, LLC, dba San Joaquin Valley Rehabilitation Hospital, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 1:24-cv-01469-SKO<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>(Doc. 28) |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP").

The parties propose the VDRP process will be completed by October 17, 2025, and that the confirmation of that completion will be filed by November 3, 2025. The parties do not propose any modifications or additions to the case management plan because of the reference to the VDRP. Neither party anticipates the completion of any pretrial motions before the VDRP session, nor the need to stay any pretrial motions until the VDRP is concluded.

Respectfully submitted,

| | |
|---|---|
| /s/ Felicia Y Sze<br>Felicia Y Sze (State Bar No. 233441)<br>Karen S. Kim (State Bar No. 266736)<br>ATHENE LAW, LLP<br>5432 Geary Blvd., #200<br>San Francisco, CA 94121<br>Telephone: (415) 686-7531<br>E-mail:  Felicia@athenelaw.com<br>　　　　 Karen@athenelaw.com<br><br>Attorneys for Plaintiff<br>K.W.P.H. Enterprises, dba American Ambulance<br><br>DATED: 8/25/2025 | /s/ William E. Ireland<br>William E. Ireland (State Bar No. 115600)<br>HAIGHT BROWN & BONESTEEL LLP<br>555 South Flower Street, Forty-Fifth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 542-8035<br>E-mail: wireland@hbblaw.com<br><br>Attorneys for Defendant<br>7173 North Sharon Avenue Operating<br>Company LLC, dba San Joaquin Valley<br>Rehabilitation Hospital<br><br>DATED: 8/25/2025 |

**ORDER**

IT IS SO ORDERED.

Dated:   **August 27, 2025**　　　　　　　　　　　　　　*/s/ Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE