# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W.P.H. ENTERPRISES dba American Ambulance, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>7173 NORTH SHARON AVENUE OPERATING COMPANY, LLC, dba San Joaquin Valley Rehabilitation Hospital, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 1:24-cv-01469-SKO<br><br>**AMENDED STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>(Doc. 31) |

Pursuant to Local Rule 271, the parties hereby have agreed to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP"). The parties' originally filed Stipulation and Order to Elect Referral of Action to VDRP was granted by Judge Sheila K. Oberto on August 27, 2025. At that time, the Order proposed the VDRP process would be completed by October 17, 2025, and that the confirmation of that completion would be filed by November 3, 2025. The parties propose amending those deadlines through this Amended Stipulation and Order.

The parties received a list of Available Neutrals from VDRP Administrator Jonathan Crouch on September 8, 2025. The parties met and conferred on the potential neutrals and informed Mr. Crouch in writing on September 10, 2025, of its mutual selection in accordance with Local Rule 271(e)(3). This Court issued a Notice of Appointment from VDRP Administrator on September 22, 2025, appointing Andrew Wanger as VDRP Neutral Attorney for the above-entitled

case. (Docket No. 30). Mr. Wanger informed the parties he cleared all conflicts on October 1, 2025, and then initiated pre-mediation discussions via email with the parties. Mr. Wanger on October 8, 2025, sent his availability to the parties for an in-person mediation, and the parties agreed upon a date on October 10, 2025. The mediation is scheduled for November 5, 2025.

In light of the above facts, the parties now amend their Stipulation and Order to propose the VDRP process will be completed by November 14, 2025, and that the confirmation of that completion will be filed by December 5, 2025. The parties do not propose any modifications or additions to the case management plan because of the reference to the VDRP. Neither party anticipates the completion of any pretrial motions before the VDRP session nor the need to stay any pretrial motions until the VDRP is concluded.

Respectfully submitted,

| /s/ Felicia Y Sze | /s/ William E. Ireland |
|---|---|
| Felicia Y Sze (State Bar No. 233441)<br>Karen S. Kim (State Bar No. 266736)<br>ATHENE LAW, LLP<br>5432 Geary Blvd., #200<br>San Francisco, CA 94121<br>Telephone: (415) 686-7531<br>E-mail: Felicia@athenelaw.com<br>Karen@athenelaw.com<br><br>Attorneys for Plaintiff<br>K.W.P.H. Enterprises, dba American Ambulance | William E. Ireland (State Bar No. 115600)<br>HAIGHT BROWN & BONESTEEL LLP<br>555 South Flower Street, Forty-Fifth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 542-8035<br>E-mail: wireland@hbblaw.com<br><br>Attorneys for Defendant<br>7173 North Sharon Avenue Operating<br>Company LLC, dba San Joaquin Valley<br>Rehabilitation Hospital |
| DATED: 10/22/2025 | DATED: 10/22/2025 |

**ORDER**

IT IS SO ORDERED.

Dated: __October 27, 2025__          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE