**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.W.P.H. ENTERPRISES dba American Ambulance, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>7173 NORTH SHARON AVENUE OPERATING COMPANY, LLC, dba San Joaquin Valley Rehabilitation Hospital, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 1:24-cv-01469-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILING NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 6(B) AND LOCAL RULE 144** |

Plaintiff K.W.P.H. Enterprises dba American Ambulance ("American") and Defendant 7173 North Sharon Avenue Operating Company, LLC, dba San Joaquin Valley rehabilitation Hospital ("SJVRH"), (collectively "Parties,") submit this stipulation requesting an order to extend the time to file a Notice of Dismissal from December 10, 2025, to April 20, 2026, based on a showing of good cause, pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 144.

**Grounds for Relief**

The Parties have good cause for their extension request to extend the deadline for a Notice of Dismissal until the effective provisions in the Parties' settlement agreement have been effectuated. The Parties executed a settlement agreement resolving the issues involved in this case pursuant to which all conditions precedent to dismissal shall occur on or before April 15, 2026. One aspect of the settlement agreement is to direct certain issues of law to private arbitration for adjudication on or before April 15, 2026.

Given that complete adjudication of the issues raised by this litigation is not expected to be concluded until April 15, 2026, the Parties request an extension of time to file a Notice of Dismissal until April 20, 2026. There have been no previous extensions of time obtained from the Parties or granted by the court.

Respectfully submitted,

| | |
|---|---|
| /s/ *Felicia Y Sze* | /s/ *William E. Ireland* |
| Felicia Y Sze (State Bar No. 233441) | William E. Ireland (State Bar No. 115600) |
| Karen S. Kim (State Bar No. 266736) | HAIGHT BROWN & BONESTEEL LLP |
| ATHENE LAW, LLP | 555 South Flower Street, Forty-Fifth Floor |
| 5432 Geary Blvd., #200 | Los Angeles, CA 90071 |
| San Francisco, CA 94121 | Telephone: (213) 542-8035 |
| Telephone: (415) 686-7531 | E-mail: wireland@hbblaw.com |
| E-mail:  Felicia@athenelaw.com | |
|          Karen@athenelaw.com | Attorneys for Defendant |
| | 7173 North Sharon Avenue Operating |
| Attorneys for Plaintiff | Company LLC, dba San Joaquin Valley |
| K.W.P.H. Enterprises, dba American Ambulance | Rehabilitation Hospital |
| | |
| DATED: 12/5/2025 | DATED: 12/5/2025 |

**ORDER**

IT IS SO ORDERED.

DATED:

Magistrate Judge Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE