# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W.P.H. ENTERPRISES,<br><br>Plaintiff,<br>v.<br><br>7173 NORTH SHARON AVENUE OPERATING CO.,<br><br>Defendant. | Case No.  1:24-cv-01469-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 41) |

On May 11, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 41).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   __**May 11, 2026**__                          _____
UNITED STATES MAGISTRATE JUDGE